UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-cr-00280-D-KS-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HERMILO SALGADO-CASTRO

    Defendant.
_____/

## ORDER ON MOTION TO SEAL

Upon motion of the Defendant and for good cause shown, it is hereby ORDERED that the First Motion to Continue Sentencing (D.E. 136) filed with this Court on October 10, 2025, in the above-captioned case be sealed.

SO ORDERED this 17 day of October, 2025.

James C. Dever III
UNITED STATES DISTRICT COURT JUDGE